## F. N. BUTT v. JOHN E. SCHRIMPF.

Where the plaintiff in error assigned as error that the judgment against him
was excessive, and the defendant remitted the excess in the supreme court,
the judgment was reversed and reformed, leaving the costs to stand against
the defendant in the district court, but giving him his costs in the supreme
court. (Paschal's Dig., Art. 1562, Note 604.)

ERROR from Harris. The case was tried before Hon.
BENJAMIN SHROPSHIRE, one of the district judges.

The suit was on two notes, each for $300, dated July
1, 1859, with interest at twelve per cent. from date. The
judgment was rendered May 15, 1867, for $1,276 86.

The defendant assigned for error, that the "interest was compounded." The exact excess seems to have been $110 20. The defendant had pleaded, but withdrew his plea.

*Henderson & Whitfield,* for plaintiff in error.

*A. P. & E. W. Thompson,* for defendant in error.

MORRILL, C. J.—Judgment was rendered against the plaintiff in error for $1,276 86. He assigns as error, that the judgment was excessive.

Defendant in error acknowledges the error, and remits $110 20.

The judgment will therefore be reversed, and proceeding to enter such judgment as the district court should have rendered, it is considered that John E. Schrimpf have and recover of F. N. Butt the sum of $1,166 60, with interest at twelve per cent. per annum, from May 15, 1867, and costs in the district court, and that Schrimpf, the defendant, pay the costs in this court.

REVERSED AND REFORMED.